SHIPE ET AL. *v.* BRENNAN.

No. 353. Decided October 26, 1964.

*Wilhelm E. Shissler* for appellants.

*James W. Evans* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.